```
In re:                                                        Case No. 18-04529-JJT
Michael C Boyle                                               Chapter 13
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0314-5          User: LyndseyPr        Page 1 of 2         Date Rcvd: Jan 16, 2019
                              Form ID: ntcnfhrg      Total Noticed: 25
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 18, 2019.

```
db          +Michael C Boyle,   1778 Newton Ransom Blvd.,   Clarks Summit, PA 18411-9677
5146940     +BSI Financial Services,   1425 Greenway Drive, #400,   Irving, TX 75038-2480
5123774      BSI Financial Services,   PO Box 679002,   Dallas, TX 75267-9002
5123773     +Berkheimer,   PO Box 25148,   Lehigh Valley, PA 18002-5148
5123777    ++CREDIT ACCEPTANCE CORPORATION,   25505 WEST 12 MILE ROAD,   SOUTHFIELD MI 48034-8316
             (address filed with court:  Credit Acceptance Corporation,   25505 W 12 Mile Road,
              Southfield, MI 48034-1846)
5123775      Capital One Bank,   c/o Weltman, Weinberg & Reis,   1400 Koppers Bldg, 436 Seventh Ave.,
              Pittsburgh, PA 15219
5144057      Directv, LLC,   by American InfoSource as agent,   PO Box 5008,   Carol Stream, IL  60197-5008
5123780     +Medical Data Systems,   2001 9th Avenue, Ste. 312,   Vero Beach, FL 32960-6413
5123782     +Midland Funding, LLC,   c/o Mann Bracken, LLP,   4660 Trindle Road, Ste. 300,
              Camp Hill, PA 17011-5610
5123783      National Bond Collection,   PO Box 1381,   Wilkes Barre, PA 18703-1381
5123786    ++TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
             (address filed with court:  Toyota Financial Services,   PO Box 5855,
              Carol Stream, IL 60197-5855)
5144378     +Toyota Motor Credit Corporation,   PO Box 9013,   Addison, Texas 75001-9013
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
5123776     +E-mail/PDF: gecsedi@recoverycorp.com Jan 17 2019 06:54:45     Care Credit,   PO Box 965036,
              Orlando, FL 32896-5036
5123778     +E-mail/PDF: creditonebknotifications@resurgent.com Jan 16 2019 19:50:01     Credit One Bank,
              PO Box 98873,   Las Vegas, NV 89193-8873
5123779      E-mail/Text: cio.bncmail@irs.gov Jan 16 2019 19:47:27     Internal Revenue Service,
              PO Box 21126,   Philadelphia, PA 19114-0326
5144585      E-mail/PDF: resurgentbknotifications@resurgent.com Jan 16 2019 19:49:41     LVNV Funding, LLC,
              Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
5144584      E-mail/Text: bkr@cardworks.com Jan 16 2019 19:47:11     MERRICK BANK,
              Resurgent Capital Services,   PO Box 10368,   Greenville, SC 29603-0368
5123781     +E-mail/Text: bkr@cardworks.com Jan 16 2019 19:47:11     Merrick Bank,   PO Box 9201,
              Old Bethpage, NY 11804-9001
5147056      E-mail/PDF: cbp@onemainfinancial.com Jan 16 2019 19:49:30     ONEMAIN,   PO BOX 3251,
              EVANSVILLE, IN,   47731-3251
5123784     +E-mail/PDF: cbp@onemainfinancial.com Jan 16 2019 19:50:10     OneMain,   PO Box 1010,
              Evansville, IN 47706-1010
5144046      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 16 2019 20:01:30
              Portfolio Recovery Associates, LLC,   POB 12914,   Norfolk VA 23541
5124586     +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 16 2019 19:49:59
              PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
5123785     +E-mail/Text: Supportservices@receivablesperformance.com Jan 16 2019 19:48:24
              Receivables Performance,   20816 44th Ave West,   Lynnwood, WA 98036-7744
5123787     +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jan 16 2019 19:47:13
              Verizon,   500 Technology Drive, Ste. 300,   Saint Charles, MO 63304-2225
5143434      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 16 2019 19:49:45     Verizon,
              by American InfoSource as agent,   PO Box 248838,   Oklahoma City, OK  73124-8838
                                                                             TOTAL: 13
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*         +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                  TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 18, 2019                                    Signature:  /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 16, 2019 at the address(es) listed below:
        Charles J DeHart, III (Trustee)   dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
        James  Warmbrodt   on behalf of Creditor   NYMT Loan Trust 2014-RP1 bkgroup@kmllawgroup.com
        Mark J. Conway   on behalf of Debtor 1 Michael C Boyle info@mjconwaylaw.com,
         connie@mjconwaylaw.com;mjc@mjconwaylaw.com
        United States Trustee   ustpregion03.ha.ecf@usdoj.gov

                                      TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Michael C Boyle,

**Debtor 1**

Chapter        13

Case No.        5:18–bk–04529–JJT

## Notice

The confirmation hearing has been scheduled for Debtor 1 on the date indicated below.

A deadline of **February 26, 2019** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the Plan at this time.

| | |
|---|---|
| United States Bankruptcy Court Courtroom #2, Max Rosenn US Courthouse, 197 South Main Street, Wilkes–Barre, PA 18701 | Date: March 5, 2019<br><br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013–3, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty–four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074–1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>274 Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes–Barre, PA 18701<br>(570) 831–2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: LyndseyPrice, Deputy Clerk |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: January 16, 2019 |

ntcnfhrg (03/18)