## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Michael C. Boyle

**BK NO. 18-04529 RNO**

**Chapter 13**

**Debtor**

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

     Kindly enter my appearance on behalf of Toyota Motor Credit Corporation and index same on the master mailing list.

Respectfully submitted,

**/s/ James C. Warmbrodt, Esquire**
James C. Warmbrodt, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322