IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

::::::::::::::::::::::::::::::::::::::::::::::::::
: CHAPTER 13
**MICHAEL C. BOYLE** :
    Debtor : CASE NO. 5-18-04529
::::::::::::::::::::::::::::::::::::::::::::::::::

## DEBTOR'S RESPONSE TO
## TRUSTEE'S MOTION TO DISMISS

Debtor Michael C. Boyle, through his undersigned counsel, hereby responds to the Trustee's Motion to Dismiss as follows:

1. Admitted.

2. Admitted.

3. Denied. The Chapter 13 Plan was filed on June 25, 2019. Strict proof of the averments is required at the time of trial.

4. Denied. Strict proof of the averments is required at the time of trial.

**WHEREFORE,** the debtor respectfully requests that this Honorable Court enter an Order denying the Relief requested by the Trustee and for such other and further relief is just and appropriate.

    Respectfully submitted,

    **CONWAY LAW OFFICES, P. C.**

    /s/ Mark J. Conway
    MARK J. CONWAY (ID #59114)
    502 S. Blakely Street
    Dunmore, PA 18512
    Phone (570) 343-5350
    Fax (570) 343-5377

    Attorney for Debtor

DATED: June 25, 2019

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

::::::::::::::::::::::::::::::::::::::::::::::::::
                                              :   CHAPTER 13
**MICHAEL C. BOYLE**                          :
      Debtor    :   CASE NO. 5-18-04529
::::::::::::::::::::::::::::::::::::::::::::::::::

## CERTIFICATE OF SERVICE

I, Amy L. Marta, Paralegal hereby certify that I caused a true and correct copy of the foregoing Answer to the Trustee's Motion to Dismiss to be served via first class United States mail, postage prepaid and/or via e-mail:

Charles J. DeHart, III, Esq.
PO Box 410
Hummelstown, PA 17036
dehartstaff@pamd13trustee.com

**CONWAY LAW OFFICES, P.C.**

/s/ Amy L. Marta
Amy L. Marta, Paralegal
502 S. Blakely Street
Dunmore, PA 18512
Phone (570) 343-5350
Fax (570) 343-5377

DATED: June 25, 2019