```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
In re:                                                          Case No. 18-04529-RNO
Michael C Boyle                                                 Chapter 13
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0314-5        User: LyndseyPr          Page 1 of 1           Date Rcvd: Jul 15, 2019
                            Form ID: pdf010          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 17, 2019.
cr          Wilmington Savings Fund Society dba Christiana Tru,    PO Box 814609,    Dallas, TX  75381-4609

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 17, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 15, 2019 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
              James Warmbrodt    on behalf of Creditor    NYMT Loan Trust 2014-RP1 bkgroup@kmllawgroup.com
              Mark J. Conway    on behalf of Debtor 1 Michael C Boyle info@mjconwaylaw.com,
               connie@mjconwaylaw.com;mjc@mjconwaylaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              William E. Craig    on behalf of Creditor    Credit Acceptance Corporation ecfmail@mortoncraig.com,
               mortoncraigecf@gmail.com
                                                                                                 TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

Michael C Boyle        Chapter 13

Case number 5:18−bk−04529−RNO

**Debtor(s)**        Document Number: 40

### Order Filing Fee Due

A transfer of claim was filed on **July 15, 2019**. As approved by the Judicial Conference of the United States at its September 2012 session and pursuant to Item 20 of the Bankruptcy Court Miscellaneous Fee Schedule (Fee Schedule), a fee in the amount of **$25.00** is due upon the filing of a claim transfer, partial claim transfer, or amended claim transfer.

**IT IS HEREBY ORDERED** that the fee be paid in full on or before **July 22, 2019**.

Dated: July 15, 2019        By the Court,

*Robt N. Opel II*

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: LyndseyPrice, Deputy Clerk

orfeedue(05/18)

Case 5:18-bk-04529-RNO    Doc 41    Filed 07/15/19    Entered 07/15/19 12:19:38    Desc
orfeedue    Page 1 of 1
Case 5:18-bk-04529-RNO    Doc 44    Filed 07/17/19    Entered 07/18/19 00:42:55    Desc
Imaged Certificate of Notice    Page 2 of 2