UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: MICHAEL C. BOYLE<br>    Debtor(s) | : | CHAPTER 13 |
| | : | |
| CHARLES J. DEHART, III<br>STANDING CHAPTER 13 TRUSTEE<br>    Movant | : | |
| vs. | : | |
| MICHAEL C. BOYLE<br>    Respondent(s) | : | CASE NO. 5-18-bk-04529 |

WITHDRAWAL OF TRUSTEE'S OBJECTION TO
AMENDED CHAPTER 13 PLAN

AND NOW, this 19th day of August, 2019, comes Charles J. Dehart, III, Standing Chapter 13 Trustee, and requests that the Trustee's Objection to Chapter 13 Plan filed on or about July 3, 2019 be withdrawn, as all issues have been resolved.

Respectfully submitted:

/s/Charles J. DeHart, III
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

CERTIFICATE OF SERVICE

AND NOW, this 19th day of August, 2019, I hereby certify that I have served the within Motion by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Mark Conway, Esquire
502 South Blakely Street
Dunmore, PA 18512

/s/Deborah A. Behney
Office of Charles J. DeHart, III
Standing Chapter 13 Trustee23