UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

MICHAEL C. BOYLE

       **Debtor**

CASE NO. 5-18-04529-RNO

CHAPTER 13

## DEBTOR'S ANSWER TO THE MOTION OF
## FOR RELIEF FROM THE AUTOMATIC STAY UNDER §362

Debtor, Michael C. Boyle, through his undersigned counsel, hereby responds to the Motion for Relief from the Automatic Stay filed by Wilmington Savings Fund Society as follows:

1. Denied. Debtor does not have sufficient information to admit or deny the allegations contained in paragraph 1. Strict proof of the averments are required at the time of trial.

2. Admitted.

3. Admitted.

4. Denied. Strict proof of the averments are required at the time of trial.

5. Denied. Strict proof of the averments are required at the time of trial.

6. Denied. Strict proof of the averments are required at the time of trial.

7. Denied. Strict proof of the averments are required at the time of trial.

8. Denied. Strict proof of the averments are required at the time of trial.

9. Denied. Strict proof of the averments are required at the time of trial.

**WHEREFORE,** the Debtor respectfully requests that this Honorable Court enter an Order denying the Relief requested by Wilmington Savings Fund Society and for such other and further relief is just and appropriate.

Respectfully submitted,

**CONWAY LAW OFFICES, P. C.**

/s/ Mark J. Conway
MARK J. CONWAY (ID #59114)
502 S. Blakely Street
Dunmore, PA 18512
Phone (570) 343-5350
Fax (570) 343-5377

Attorney for Debtor

DATED: July 1, 2020

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| | : CASE NO. 5-18-04529-RNO |
| MICHAEL C. BOYLE | : |
| | : CHAPTER 13 |
| Debtor | : |

## CERTIFICATE OF SERVICE

I, Amy L. Marta, Paralegal hereby certify that I caused a true and correct copy of the foregoing Answer to the Motion for Relief From Automatic Stay Under §362 to be served via e-mail to the following:

Charles J. DeHart, III
Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
dehartstaff@pamd13trustee.com

James C. Warmbrodt, Esquire
KML Law Group, P.C.
701 Market Street, Ste. 5000
Philadelphia, PA 19106-1532
jwarmbrodt@kmllawgroup.com

**CONWAY LAW OFFICES, P.C.**

/s/ Amy L. Marta
Amy L. Marta, Paralegal
502 S. Blakely Street
Dunmore, PA 18512
Phone (570) 343-5350
Fax (570) 343-5377

DATED: July 1, 2020