```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                              Case No. 18-04529-RNO
Michael C Boyle                                                     Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5          User: AutoDocke          Page 1 of 1              Date Rcvd: Aug 28, 2020
                              Form ID: pdf010          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 30, 2020.
cr              Wilmington Savings Fund Society dba Christiana Tru,   PO Box 814609,   Dallas, TX  75381-4609

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 30, 2020                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 28, 2020 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James   Warmbrodt     on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
              James   Warmbrodt     on behalf of Creditor    NYMT Loan Trust 2014-RP1 bkgroup@kmllawgroup.com
              James   Warmbrodt     on behalf of Creditor    Wilmington Savings Fund Society dba Christiana Trust,
               not individually, but solely as Trustee for NYMT Loan Trust I bkgroup@kmllawgroup.com
              Mark J. Conway    on behalf of Debtor 1 Michael C Boyle info@mjconwaylaw.com,
               connie@mjconwaylaw.com;mjc@mjconwaylaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              William E. Craig    on behalf of Creditor   Credit Acceptance Corporation ecfmail@mortoncraig.com,
               mortoncraigecf@gmail.com
                                                                                               TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Michael C. Boyle <br> <u>Debtor</u> | CHAPTER 13 |
| Wilmington Savings Fund Society dba Christiana Trust, not individually, but solely as Trustee for NYMT Loan Trust I <br> <u>Movant</u> <br> vs. | NO. 18-04529 RNO |
| Michael C. Boyle <br> <u>Debtor</u> <br><br> Charles J. DeHart, III, Esquire <br> <u>Trustee</u> | 11 U.S.C. Section 362 |

## **ORDER**

Upon consideration of the foregoing stipulation, it is hereby ORDERED that the Stipulation is approved by the Court. However, this court retains discretion regarding entry of any further order.

Dated: August 28, 2020

By the Court,

_____
Robert N. Opel, II, Bankruptcy Judge (DG)