IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE DIVISION

IN RE: )
)
MICHAEL C. BOYLE ) Chapter 13
**Debtor(s)** )
)
) Case No.: 5:18-bk-04529-(PMM)
)
)
)

**CERTIFICATE OF SERVICE**

I certify that I am more than 18 years of age and that on May 12, 2021, I served a copy of the Request To Re-List Matter For Hearing to the following parties in this matter:

| Name and Address | Mode Of Service |
|---|---|
| Debtor | Regular Mail |
| Michael C. Boyle | |
| 1778 Newton Ransom Blvd. | |
| Clarks Summit, PA 18411 | |

The following parties were served with the Request via electronic means on May 12, 2021:

| Debtor's Attorney | Trustee |
|---|---|
| Mark J. Conway, Esq. | Jack N. Zaharopoulos |
| Law Offices of Mark J. Conway PC | Chapter 13 Trustee |
| 502 South Blakely Street | 8125 Adams Drive, Suite A |
| Dunmore, PA 18512 | Hummelstown, PA 17036 |

United States Trustee
228 Walnut Street, Suite 1190
Harrisburg, PA 17101

I certify under penalty of perjury that the foregoing is true and correct.

Date: 5/12/21

/s/ William E. Craig
William E. Craig
Morton & Craig LLC
110 Marter Ave., Suite 301
Moorestown, NJ 08057
(856) 866-0100
Bar I.D. 92329 - Pennsylvania