In re:

Michael C Boyle

    Debtor

Case No. 18-04529-HWV

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0314-5 | User: AutoDocke | Page 1 of 2 |
| --- | --- | --- |
| Date Rcvd: Feb 14, 2022 | Form ID: trc | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 16, 2022:**

| Recip ID | Recipient Name and Address |
| --- | --- |
| 5222468 | Wilmington Savings Fund Society dba Christiana Tru, PO Box 814609, Dallas, TX 75381-4609, Wilmington Savings Fund Society dba Chri, PO Box 814609 Dallas, TX 75381-4609 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 16, 2022      Signature:      /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 11, 2022 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Brian E Manning | on behalf of Debtor 1 Michael C Boyle BrianEManning@comcast.net G17590@notify.cincompass.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com |
| James Warmbrodt | on behalf of Creditor NYMT Loan Trust 2014-RP1 bkgroup@kmllawgroup.com |
| James Warmbrodt | on behalf of Creditor Wilmington Savings Fund Society dba Christiana Trust not individually, but solely as Trustee for NYMT Loan Trust I bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| William E. Craig | on behalf of Creditor Credit Acceptance Corporation ecfmail@mortoncraig.com mortoncraigecf@gmail.com |

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 5:18-bk-04529-HWV
Chapter 13

In re: Debtor(s) (including Name and Address)

Michael C Boyle
1778 Newton Ransom Blvd.
Clarks Summit PA 18411

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 02/11/2022.

Name and Address of Alleged Transferor(s):

Claim No. 10: Wilmington Savings Fund Society dba Christiana Tru, PO Box 814609, Dallas, TX  75381-4609, Wilmington Savings Fund Society dba Chri, PO Box 814609, Dallas, TX  75381-4609

Name and Address of Transferee:

Wilmington Savings Fund Society, FSB et al
Fay Servicing, LLC
Bankruptcy Department
PO Box 814609
Dallas, TX 75381-4609
Wilmington Savings Fund Society, FSB et

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   02/16/22

Terrence S. Miller
**CLERK OF THE COURT**