# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | Case No. 5-18-04529 |
| MICHAEL C. BOYLE | Chapter 13 |
| Debtor | Henry W. Van Eck, C.B.J. |

### NOTICE OF MOTION OF DEBTOR TO INCUR DEBT/OBTAIN FINANCING

To: Creditors, Parties in Interest. And the Chapter 13 Trustee

    Please take Notice that the above captioned Debtor has filed a Motion to Incur Debt/Obtain Financing with the Court on November 29, 2022. The purpose of the motion is to obtain financing to permit the Debtor to obtain a vehicle.

    Objections to said Motion must be filed in writing on or before **December 13, 2022**, with the **Clerk of the United States Bankruptcy Court for the Middle District of Pennsylvania, 197 South Main St., Room 274, Wilkes-Barre, PA 18701** and served upon counsel for the Debtor:

Brian E. Manning, Esquire
800 Johnson Ave.
Dickson City, PA 18519
brianemanning@comcast.net
Attorney for the Debtor

    If the event Objections are filed a hearing will be held on **December 20, 2022, at 9:30 a.m., at the U.S. Courthouse, 3rd fl, 228 Walnut Harrisburg, PA 17101.**

                                                      **Law Offices of Brian E. Manning**
                                                      /s/ Brian E. Manning
                                                      Brian E. Manning, Esquire
                                                      502 S. Blakely, St., Suite B
                                                      Dunmore, PA 18512
                                                      Tel. 570-558-1126
                                                      Fax 866-559-9808
                                                      brianemanning@comcast.net
                                                      Attorney for the Debtor

Dated: November 29, 2022

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE DIVISION

| IN RE: | CASE NO: 18-04529 |
|---|---|
| MICHAEL C BOYLE | **DECLARATION OF MAILING CERTIFICATE OF SERVICE**<br>Chapter: 13<br>Judge: Henry W. Van Eck, C.B.J. |

On 11/29/2022, I did cause a copy of the following documents, described below,

Notice of Motion of Debtor to Incur Debt/Obtain Financing

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 11/29/2022

/s/ Brian E. Manning, Esquire
Brian E. Manning, Esquire  41652
Attorney for Debtor
Law Office of Brian E. Manning
800 Johnson Ave.
Dickson City, PA  18519
570 498 4323
brianemanning@comcast.net

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA
# WILKES-BARRE DIVISION

| | |
|---|---|
| IN RE:<br>MICHAEL C BOYLE | CASE NO: 18-04529<br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br>Chapter: 13<br>Judge: Henry W. Van Eck, C.B.J. |

On 11/29/2022, a copy of the following documents, described below,

Notice of Motion of Debtor to Incur Debt/Obtain Financing

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 11/29/2022

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Brian E. Manning, Esquire
Law Office of Brian E. Manning
800 Johnson Ave.
Dickson City, PA  18519

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL (D)=DUPLICATE ADDRESS
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

CASE INFO

| | | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 18-04529<br>MIDDLE DISTRICT OF PENNSYLVANIA<br>TUE NOV 29 7-38-34 PST 2022 | (P)CREDIT ACCEPTANCE CORPORATION<br>25505 WEST 12 MILE ROAD<br>SOUTHFIELD MI 48034-8316 | ~~EXCLUDE~~<br>~~(U)NYMT LOAN TRUST 2014RP1~~ |
| PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK VA 23541-1021 | ~~EXCLUDE~~<br>~~(U)TOYOTA MOTOR CREDIT CORPORATION~~ | WILMINGTON SAVINGS FUND SOCIETY DBA CHRISTIA<br>PO BOX 814609<br>DALLAS TX 75381-4609 |
| ~~EXCLUDE~~<br>~~(U)WILMINGTON SAVINGS FUND SOCIETY FSB~~<br>~~NOT IND~~ | WILMINGTON SAVINGS FUND SOCIETY FSB<br>NOT IND<br>FAY SERVICING LLC<br>PO BOX 814609<br>DALLAS TX 75381-4609 | ~~EXCLUDE~~<br>~~US BANKRUPTCY COURT~~<br>~~MAX ROSENN US COURTHOUSE~~<br>~~197 SOUTH MAIN STREET~~<br>~~WILKES BARRE PA 18701-1500~~ |
| BSI FINANCIAL SERVICES<br>1425 GREENWAY DRIVE 400<br>IRVING TX 75038-2480 | BSI FINANCIAL SERVICES<br>PO BOX 679002<br>DALLAS TX 75267-9002 | BERKHEIMER<br>PO BOX 25148<br>LEHIGH VALLEY PA 18002-5148 |
| CAPITAL ONE BANK<br>CO WELTMAN WEINBERG REIS<br>1400 KOPPERS BLDG 436 SEVENTH AVE<br>PITTSBURGH PA 15219 | CARE CREDIT<br>PO BOX 965036<br>ORLANDO FL 32896-5036 | ~~EXCLUDE~~<br>~~(D)(P)CREDIT ACCEPTANCE CORPORATION~~<br>~~25505 WEST 12 MILE ROAD~~<br>~~SOUTHFIELD MI 48034-8316~~ |
| CREDIT ONE BANK<br>PO BOX 98873<br>LAS VEGAS NV 89193-8873 | DIRECTV LLC<br>BY AMERICAN INFOSOURCE AS AGENT<br>PO BOX 5008<br>CAROL STREAM IL 60197-5008 | (P)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| LVNV FUNDING LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE SC 29603-0587 | MERRICK BANK<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10368<br>GREENVILLE SC 29603-0368 | MEDICAL DATA SYSTEMS<br>2001 9TH AVENUE STE 312<br>VERO BEACH FL 32960-6413 |
| MERRICK BANK<br>PO BOX 9201<br>OLD BETHPAGE NY 11804-9001 | MIDLAND FUNDING LLC<br>CO MANN BRACKEN LLP<br>4660 TRINDLE ROAD STE 300<br>CAMP HILL PA 17011-5610 | NATIONAL BOND COLLECTION<br>PO BOX 1381<br>WILKES BARRE PA 18703-1381 |
| ONEMAIN<br>PO BOX 3251<br>EVANSVILLE IN 47731-3251 | ONEMAIN<br>PO BOX 1010<br>EVANSVILLE IN 47706-1010 | ~~EXCLUDE~~<br>~~(D)PRA RECEIVABLES MANAGEMENT LLC~~<br>~~PO BOX 41021~~<br>~~NORFOLK VA 23541-1021~~ |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL (D)=DUPLICATE ADDRESS
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

(P)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

RECEIVABLES PERFORMANCE
20816 44TH AVE WEST
LYNNWOOD  WA 98036-7744

(P)TOYOTA MOTOR CREDIT CORPORATION
PO BOX 8026
CEDAR RAPIDS IA 52408-8026

TOYOTA MOTOR CREDIT CORPORATION
PO BOX 9013
ADDISON  TEXAS 75001-9013

UNITED STATES TRUSTEE
228 WALNUT STREET  SUITE 1190
HARRISBURG  PA 17101-1722

VERIZON
500 TECHNOLOGY DRIVE  STE 300
SAINT CHARLES  MO 63304-2225

VERIZON
BY AMERICAN INFOSOURCE AS AGENT
PO BOX 248838
OKLAHOMA CITY  OK  73124-8838

WILMINGTON SAVINGS FUND SOCIETY
FAY SERVICING  LLC
PO BOX 814609
DALLAS  TX 75381-4609

WILMINGTON SAVINGS FUND SOCIETY
FAY SERVICING  LLC
PO BOX 814609
DALLAS  TX 75381-4609

EXCLUDE
(D)WILMINGTON SAVINGS FUND SOCIETY DBA
CHRISTIA
PO BOX 814609
DALLAS  TX  75381-4609

WILMINGTON SAVINGS FUND SOCIETY DBA
CHRISTIA
PO BOX 814609
DALLAS  TX  75381-4609

WILMINGTON SAVINGS FUND SOCIETY  FSB E
AL
FAY SERVICING  LLC
BANKRUPTCY DEPARTMENT
PO BOX 814609
DALLAS  TX 75381-4609

WILMINGTON SAVINGS FUND SOCIETY  FSB ET
AL
FAY SERVICING  LLC
BANKRUPTCY DEPARTMENT
PO BOX 814609
DALLAS  TX 75381-4609

BRIAN E MANNING
THE LAW OFFICE OF BRIAN E MANNING
800 JOHNSON AVE
DICKSON CITY  PA 18519-1662

(P)JACK N  ZAHAROPOULOS
ATTN CHAPTER 13 TRUSTEE
8125 ADAMS DRIVE SUITE A
HUMMELSTOWN PA 17036-8625

DEBTOR
MICHAEL C BOYLE
1778 NEWTON RANSOM BLVD
CLARKS SUMMIT  PA 18411-9677