# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | Case No. 5-18-04529 |
| MICHAEL C. BOYLE | Chapter 13 |
| Debtor | Henry W. Van Eck, C.B.J. |

## CERTIFICATION OF NO OBJECTIONS

The undersigned hereby certifies that he has this day, December 14, 2022, reviewed the docket in this matter and that no objections have been filed to the MOTION OF DEBTOR TO INCUR DEBT/OBTAIN FINANCING, filed by the Debtor, after Notice of same was provided to all creditors and the Office of the Chapter 13 Trustee, with an objection period which expired on December 13, 2022. The undersigned further certifies that he is unaware of either any objections which have not been filed or any other impediment to the entry of the order granting the relief requested in the Motion.

WHEREFORE, the undersigned respectfully requests that this Court enter an Order granting the Motion.

    Respectfully Submitted,
    **Law Offices of Brian E. Manning**
    /s/ Brian E. Manning
    Brian E. Manning, Esquire
    800 Johnson Ave.
    Dickson City, PA 18519
    Tel. 570-498-4323
    Fax 866-559-9808
    brianemanning@comcast.net
    Attorney for Debtor

Dated: December 14, 2022