## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Michael C. Boyle

       Debtor

BK No. 18-04529

Chapter 13

## ENTRY OF APPEARANCE

TO THE CLERK:

    Kindly enter my appearance on behalf of Debtor.

Date: August 28, 2023

    s/ Carlo Sabatini
Carlo Sabatini: PA 83831
Attorney for Plaintiff
Sabatini Law Firm, LLC
216 N. Blakely St.
Dunmore, PA 18512
(570) 341-9000