Certificate Number: 20102-PAM-DE-038034677

Bankruptcy Case Number: 18-04529



20102-PAM-DE-038034677

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 19, 2023, at 8:22 o'clock PM EST, Michael Boyle completed a course on personal financial management given by internet by 1stopbk.com Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date:  December 19, 2023           By:    /s/Marcy Walter

                                   Name:  Marcy Walter

                                   Title: President-Manager