**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

Re:   Michael C Boyle

Case No.:5-18-04529HWV

Chapter 13

**Debtor(s)**

## NOTICE OF FINAL CURE PAYMENT

According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the pre-petition and post-petition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.

### PART 1: MORTGAGE INFORMATION

| | |
|---|---|
| Creditor Name: | Fay Servicing |
| Court Claim Number: | 10 |
| Last Four of Loan Number: | 7530 |
| Property Address if applicable: | 1778 Newton Ransom Rd |

### PART 2: CURE AMOUNT

**Total cure disbursement made by the trustee:**

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $10,286.14 |
| b. | Prepetition arrearages paid by the trustee: | $10,286.14 |
| c. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $5,363.06 |
| f. | Postpetition arrearage paid by the trustee: | $5,363.06 |
| g. | Total b, d, and f: | $15,649.20 |

### PART 3: POSTPETITION MORTGAGE PAYMENT

Mortgage is/was paid directly by the debtor(s).

### PART 4: A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs and escrow amounts due, and (ii) consistent with §1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

Dated:  January 23, 2024

Respectfully submitted,

/s/ Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA  17036
Phone:  (717) 566-6097
Fax:  (717) 566-8313
email:  info@pamd13trustee.com

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Re:   Michael C Boyle

Case No.:5-18-04529HWV

Chapter 13

**Debtor(s)**

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on January 23, 2024, I served a copy of this Notice of Final Cure Payment on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

**Served Electronically**
Sabatini, Freeman LLC
216 North Blakely St
Dunmore PA 18512

**Served by First Class Mail**
Fay Servicing, LLC
Bankruptcy Dept
PO Box 814609
Dallas TX 75381-4609

Michael C Boyle
1778 Newton Ransom Rd
Clarks Summit PA 18411

I certify under penalty of perjury that the foregoing is true and correct.

Date:  January 23, 2024

/s/  Liz Joyce
Office of the Standing Chapter 13 Trustee
Jack N. Zaharopoulos
Suite A, 8125 Adams Dr.
Hummelstown, PA  17036
Phone:  (717) 566-6097
email: info@pamd13trustee.com

# Disbursements for Claim

**FAY SERVICING, LLC**
P.O. BOX 814609

DALLAS, TX   75381-4609

Acct No: 7530/POST ARREARS/1778 NI

PAYING AMT PER 2ND AP

Sequence: 24
Modify:
Filed Date:  1/3/2019  12:00:00AM
Hold Code:

| | Debt: | $5,363.06 | Interest Paid: | $0.00 |
|---|---|---|---|---|
| Amt Sched: | $0.00 | | Accrued Int: | $0.00 |
| Amt Due: $0.00 | Paid: | $5,363.06 | Balance Due: | $0.00 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| | | | | | | DisbDescrp | | |
| **5210** | **FAY SERVICING, LLC** | | | | | | | |
| 521-0 | FAY SERVICING, LLC | | 10/18/2023 | 2029657 | $224.96 | $0.00 | $224.96 | 11/01/2023 |
| 521-0 | FAY SERVICING, LLC | | 09/19/2023 | 2028657 | $256.37 | $0.00 | $256.37 | 09/29/2023 |
| 521-0 | FAY SERVICING, LLC | | 08/09/2023 | 2027648 | $256.36 | $0.00 | $256.36 | 08/16/2023 |
| 521-0 | FAY SERVICING, LLC | | 07/11/2023 | 2026688 | $256.36 | $0.00 | $256.36 | 07/19/2023 |
| 521-0 | FAY SERVICING, LLC | | 06/13/2023 | 2025775 | $246.30 | $0.00 | $246.30 | 06/22/2023 |
| 521-0 | FAY SERVICING, LLC | | 05/16/2023 | 2024809 | $246.30 | $0.00 | $246.30 | 05/24/2023 |
| 521-0 | FAY SERVICING, LLC | | 04/18/2023 | 2023779 | $246.30 | $0.00 | $246.30 | 04/26/2023 |
| 521-0 | FAY SERVICING, LLC | | 03/15/2023 | 2022773 | $246.30 | $0.00 | $246.30 | 03/28/2023 |
| 521-0 | FAY SERVICING, LLC | | 02/15/2023 | 2021757 | $246.30 | $0.00 | $246.30 | 02/27/2023 |
| 521-0 | FAY SERVICING, LLC | | 01/18/2023 | 2020760 | $246.29 | $0.00 | $246.29 | 01/26/2023 |
| 521-0 | FAY SERVICING, LLC | | 12/13/2022 | 2019774 | $246.30 | $0.00 | $246.30 | 12/30/2022 |
| 521-0 | FAY SERVICING, LLC | | 11/16/2022 | 2018814 | $246.31 | $0.00 | $246.31 | 12/16/2022 |
| 521-0 | FAY SERVICING, LLC | | 10/18/2022 | 2017757 | $259.81 | $0.00 | $259.81 | 10/28/2022 |
| 521-0 | FAY SERVICING, LLC | | 09/13/2022 | 2016730 | $233.43 | $0.00 | $233.43 | 09/23/2022 |

1

| Claim | name | Type | Date | Check # | Principal | Interest DisbDescrp | Total | Reconciled |
|-------|------|------|------|---------|-----------|---------|-------|------------|
| 521-0 | FAY SERVICING, LLC | | 08/17/2022 | 2015668 | $231.93 | $0.00 | $231.93 | 08/23/2022 |
| 521-0 | FAY SERVICING, LLC | | 07/13/2022 | 2014627 | $215.85 | $0.00 | $215.85 | 07/26/2022 |
| 521-0 | FAY SERVICING, LLC | | 06/14/2022 | 2013659 | $215.85 | $0.00 | $215.85 | 07/01/2022 |
| 521-0 | FAY SERVICING, LLC | | 05/17/2022 | 2012601 | $215.86 | $0.00 | $215.86 | 05/27/2022 |
| 521-0 | FAY SERVICING, LLC | | 04/12/2022 | 2011545 | $215.85 | $0.00 | $215.85 | 04/29/2022 |
| 521-0 | FAY SERVICING, LLC | | 03/16/2022 | 2010526 | $215.85 | $0.00 | $215.85 | 03/31/2022 |
| 521-0 | FAY SERVICING, LLC | | 02/16/2022 | 2009556 | $215.86 | $0.00 | $215.86 | 03/01/2022 |
| 521-0 | FAY SERVICING, LLC | | 01/19/2022 | 2008554 | $215.85 | $0.00 | $215.85 | 02/01/2022 |
| 521-0 | FAY SERVICING, LLC | | 12/15/2021 | 2007541 | $162.47 | $0.00 | $162.47 | 01/03/2022 |

Sub-totals: **$5,363.06** **$0.00** **$5,363.06**

Grand Total: **$5,363.06** **$0.00**

# Disbursements for Claim

**Case:** 18-04529    **MICHAEL C BOYLE**

**FAY SERVICING, LLC**
P.O. BOX 814609

DALLAS, TX  75381-4609

Acct No: 7530/PRE ARREARS/1778 NE\

Sequence: 24
Modify:
Filed Date:  1/3/2019  12:00:00AM
Hold Code:

| | | | | Debt: | $10,286.14 | Interest Paid: | $0.00 |
| Amt Sched: | | $169,970.79 | | | | Accrued Int: | $0.00 |
| Amt Due: | | $0.00 | | Paid: | $10,286.14 | Balance Due: | $0.00 |

| Claim | name | Type | Date | Check # | Principal | Interest DisbDescrp | Total | Reconciled |
|-------|------|------|------|---------|-----------|-----------|-------|------------|
| **5200** | **FAY SERVICING, LLC** | | | | | | | |
| 520-0 | FAY SERVICING, LLC | | 10/18/2023 | 2029657 | $431.47 | $0.00 | $431.47 | 11/01/2023 |
| 520-0 | FAY SERVICING, LLC | | 09/19/2023 | 2028657 | $491.69 | $0.00 | $491.69 | 09/29/2023 |
| 520-0 | FAY SERVICING, LLC | | 08/09/2023 | 2027648 | $491.70 | $0.00 | $491.70 | 08/16/2023 |
| 520-0 | FAY SERVICING, LLC | | 07/11/2023 | 2026688 | $491.70 | $0.00 | $491.70 | 07/19/2023 |
| 520-0 | FAY SERVICING, LLC | | 06/13/2023 | 2025775 | $472.39 | $0.00 | $472.39 | 06/22/2023 |
| 520-0 | FAY SERVICING, LLC | | 05/16/2023 | 2024809 | $472.39 | $0.00 | $472.39 | 05/24/2023 |
| 520-0 | FAY SERVICING, LLC | | 04/18/2023 | 2023779 | $472.39 | $0.00 | $472.39 | 04/26/2023 |
| 520-0 | FAY SERVICING, LLC | | 03/15/2023 | 2022773 | $472.39 | $0.00 | $472.39 | 03/28/2023 |
| 520-0 | FAY SERVICING, LLC | | 02/15/2023 | 2021757 | $472.39 | $0.00 | $472.39 | 02/27/2023 |
| 520-0 | FAY SERVICING, LLC | | 01/18/2023 | 2020760 | $472.40 | $0.00 | $472.40 | 01/26/2023 |
| 520-0 | FAY SERVICING, LLC | | 12/13/2022 | 2019774 | $472.39 | $0.00 | $472.39 | 12/30/2022 |
| 520-0 | FAY SERVICING, LLC | | 11/16/2022 | 2018814 | $472.38 | $0.00 | $472.38 | 12/16/2022 |
| 520-0 | FAY SERVICING, LLC | | 10/18/2022 | 2017757 | $498.30 | $0.00 | $498.30 | 10/28/2022 |
| 520-0 | FAY SERVICING, LLC | | 09/13/2022 | 2016730 | $447.73 | $0.00 | $447.73 | 09/23/2022 |

| Claim | name | Type | Date | Check # | Principal | Interest DisbDescrp | Total | Reconciled |
|-------|------|------|------|---------|-----------|---------------------|-------|------------|
| 520-0 | FAY SERVICING, LLC | | 08/17/2022 | 2015668 | $444.83 | $0.00 | $444.83 | 08/23/2022 |
| 520-0 | FAY SERVICING, LLC | | 07/13/2022 | 2014627 | $414.00 | $0.00 | $414.00 | 07/26/2022 |
| 520-0 | FAY SERVICING, LLC | | 06/14/2022 | 2013659 | $414.00 | $0.00 | $414.00 | 07/01/2022 |
| 520-0 | FAY SERVICING, LLC | | 05/17/2022 | 2012601 | $413.99 | $0.00 | $413.99 | 05/27/2022 |
| 520-0 | FAY SERVICING, LLC | | 04/12/2022 | 2011545 | $414.00 | $0.00 | $414.00 | 04/29/2022 |
| 520-0 | FAY SERVICING, LLC | | 03/16/2022 | 2010526 | $414.00 | $0.00 | $414.00 | 03/31/2022 |
| 520-0 | FAY SERVICING, LLC | | 02/16/2022 | 2009556 | $414.00 | $0.00 | $414.00 | 03/01/2022 |
| 520-0 | FAY SERVICING, LLC | | 01/19/2022 | 2008554 | $414.00 | $0.00 | $414.00 | 02/01/2022 |
| 520-0 | FAY SERVICING, LLC | | 12/15/2021 | 2007541 | $311.61 | $0.00 | $311.61 | 01/03/2022 |

**Sub-totals: $10,286.14**    **$0.00**   **$10,286.14**

**Grand Total: $10,286.14**    **$0.00**