UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re Michael Boyle, Debtor

Case No. 5:18-bk-04529-HWV

## CHAPTER 13 DEBTOR'S CERTIFICATIONS REGARDING DOMESTIC SUPPORT OBLIGATIONS AND SECTION 522(q)

*Part I. Certification Regarding Domestic Support Obligations (check no more than one)*

Pursuant to 11 U.S.C. Section 1328(a), I certify that:

☐ I owed no domestic support obligation when I filed my bankruptcy petition, and I have not been required to pay any such obligation since then.

☒ I am or have been required to pay a domestic support obligation. I have paid all such amounts that my chapter 13 plan required me to pay. I have also paid all such amounts that became due between the filing of my bankruptcy petition and today.

*Part II. If you checked the second box, you must provide the information below.*

My current address: 1778 Newton Ransom BLVD, Clarks Summit, PA 18411

My current employer and my employer's address: Kemira Chemicals
1000 Parkwood Cir SE, Atlanta, GA 30339

*Part III. Certification Regarding Section 522(q) (check no more than one)*

Pursuant to 11 U.S.C. Section 1328(h), I certify that:

☒ I have not claimed an exemption pursuant to § 522(b)(3) and state or local law (1) in property that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $160,375[*] in value in the aggregate.

☐ I have claimed an exemption in property pursuant to § 522(b)(3) and state or local law (1) that I or a dependent of mine uses as a residence, claims as a homestead, or

---

[*] Amounts are subject to adjustment on 4/1/19 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $160,375[*] in value in the aggregate.

*Part IV. Debtor's Signature*

I certify under penalty of perjury that the information provided in these certifications is true and correct to the best of my knowledge and belief.

Executed on  01 / 23 / 2024

_____
Debtor Michael Boyle

# Signature Certificate

Reference number: V58JF-TYS6E-AJJIS-WJTFL

| Signer | Timestamp | Signature |
|---|---|---|
| **Michael Boyle**<br>Email: mcboyle68@gmail.com | | |
| Sent: | 23 Jan 2024 14:48:32 UTC | |
| Viewed: | 23 Jan 2024 16:07:32 UTC | |
| Signed: | 23 Jan 2024 16:40:49 UTC | |
| **Recipient Verification:** | | IP address: 174.197.194.211 |
| ✓ Email verified | 23 Jan 2024 16:07:32 UTC | Location: Albany, United States |

Document completed by all parties on:
23 Jan 2024 16:40:49 UTC

Page 1 of 1



**Signed with PandaDoc**

PandaDoc is a document workflow and certified eSignature solution trusted by 50,000+ companies worldwide.

